WILLIAM C. HUSTED, Respondent, et al., Plaintiffs, v. HENDRIKSON BROS., INC., et al., Defendants, and GROVE, SHEPHARD, WILSON AND KRUGE, INC., Appellant.— In an action by an insurance carrier pursuant to subdivision 2 of section 29 of the Workmen's Compensation Law, in which the injured employee, to whom the carrier had made compensation payments, is joined as a party plaintiff, the defendant, Grove, Shephard, Wilson and Kruge, Inc., appeals from an order denying its motion to dismiss the complaint as to plaintiff Husted, the employee, on the ground the complaint as to him does not state facts sufficient to constitute a cause of action.   Order reversed, with $10 costs and disbursements, and motion granted, without costs.   Appellant's time to answer is extended until ten days from the entry of the order hereon. Respondent Husted is not a proper or necessary party plaintiff under subdivision 2 of section 29 of the Workmen's Compensation Law.   (*Roecklein* v. *American Sugar Refining Co.*, 222 App. Div. 540; *Boyan* v. *General Time Instruments Corp.*, 267 App. Div. 908; *Wilton* v. *Radish*, 266 App. Div. 974.) Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ., concur.

■

In the Matter of JOHN A. DONALDSON, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding, pursuant to article 78 of the Civil Practice Act, to review respondent's determination, suspending petitioner's license to drive a motor vehicle, transferred to this court by an order made by Special Term.   (Civ. Prac. Act, § 1296.)   Determination annulled, without costs.   The facts as found by the referee of the Bureau of Motor Vehicles, after a hearing, do not support his conclusion that petitioner operated a motor vehicle with gross negligence or in a manner showing a reckless disregard for life or property of others within the meaning of paragraph (e) of subdivision 3 of section 71 of the Vehicle and Traffic Law.   Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur.

■

In the Matter of GRACE HOLTERBACK, Petitioner, against PHILIPP A. HATTEMER et al., Constituting the Town Board of the Town of Brookhaven, et al., Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the Town Board of the Town of Brookhaven establishing a fire district the proceeding has been transferred to this court. (Civ. Prac. Act, § 1296.)   Determination unanimously confirmed, with $50 costs and disbursements.   There was substantial evidence before the town board to support its determination.   Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.